1  JOSHUA Z. FELDMAN, Bar No. 199207
   LITTLER MENDELSON
2  A Professional Corporation
   2049 Century Park East
3  5th Floor
   Los Angeles, CA  90067.3107
4  Telephone:  310.553.0308
   Facsimile:   310.553.5583
5  E-mail: jfeldman@littler.com

6  Attorneys for Defendant
   HUNTINGTON MEMORIAL HOSPITAL
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10 | DEBORAH LUGO,                          | Case No.  CV 10-05409-DDP (JCx)
11 |                    Plaintiff,          | ASSIGNED FOR ALL PURPOSES TO
                                            | JUDGE DEAN D. PREGERSON
12 | v.
                                            | **PROTECTIVE ORDER**
13 | HUNTINGTON MEMORIAL
14 | HOSPITAL, a corporation, EDNA          | DISCOVERY MATTER
     DELEON, an individual and DOES 1-
15   100,
16 |                    Defendants.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

C:\Documents and Settings\rjones\Desktop\Proposed Order
Granting Stipulated Protective Order.doc

## **ORDER**

Good cause appearing therefore, the terms of the Parties' Stipulation Re Protective Order filed on January 19, 2011 are adopted by the Court. The Parties shall adhere to the terms of the Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED: February 4, 2011

/s/
HON. JACQUELINE CHOOLJIAN
MAGISTRATE JUDGE, U.S. DIST. COURT

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

C:\Documents and Settings\rjones\Desktop\Proposed Order Granting Stipulated Protective Order.doc

2.