JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DEBORAH LUGO, | Case No. CV 10-05409 DDP (JCx) |
|---|---|
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE DEAN D. PREGERSON |
| v. | **JUDGMENT REGARDING THE CLAIMS OF PLAINTIFF DEBORAH LUGO** |
| HUNTINGTON MEMORIAL HOSPITAL, a corporation, EDNA DELEON, an individual and DOES 1-100, | **[FED.R.CIV.PROC. 56; L.R. 56-1]** |
| Defendants. | Date: September 12, 2011<br>Time: 10:00 a.m.<br>Courtroom: 3 |
| | Final Pretrial Conf.: December 5, 2011<br>Trial: December 13, 2011 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

# JUDGMENT

This action came on regularly for hearing before the Court on September 12, 2011, the Honorable Dean D. Pregerson, District Judge, Presiding, on the motion of Defendants Huntington Memorial Hospital and Edna DeLeon ("Defendants") for summary judgment as to all claims of Plaintiff Deborah Lugo.

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered granting the motion, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Deborah Lugo take nothing, that her claims in this action be and hereby are dismissed on the merits, and that Defendants recover their costs.

**IT IS SO ORDERED.**

Dated: November 07, 2011
_____

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.